IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VIRGINIA DELORENZO | : | CIVIL ACTION NO. 3:24-cv-1154-KAD |
| Plaintiff, | : | |
| v. | : | |
| JETBLUE AIRWAYS CORPORATION | : | |
| Defendant. | : | JULY 12, 2024 |

CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), Defendant JETBLUE AIRWAYS CORPORATION ("JetBlue") states that it has no parent corporation, and publicly held corporations BlackRock Inc. and Vanguard Group Inc. own 10% or more of JetBlue's stock.

DEFENDANT,
JETBLUE AIRWAYS CORPORATION

 /s/ *Steven E. Arnold*
Steven E. Arnold  ct07966
sea@salaw.us
SA Law, P.C.
41 North Main Street, Suite 201
West Hartford, CT 06107
Telephone: 860-989-2411
Facsimile:  508-255-6185

Its Attorneys

## CERTIFICATE OF SERVICE

      I hereby certify that on July 12, 2024, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

      /s/ *Steven E. Arnold*
      Steven E. Arnold